UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANNY JOE BARBER, III,<br>Plaintiff,<br>v.<br>BYRON LOCKRIDGE, et al.,<br>Defendants. | Case No. 3:26-cv-05353-RAJ-TLF<br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, Chief United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and **ORDERS**:

**1)** The Court **ADOPTS** the Report and Recommendation.

**2)** Plaintiff's in forma pauperis ("IFP") application (Dkt. 4) is **DENIED** based on the three-strikes rule under 28 U.S.C. § 1915(g). Plaintiff is required, **within thirty**

**(30) days** of issuance of the Order adopting this Report and Recommendation, to pay the $405.00 filing fee if he wishes to proceed with filing his complaint.

**3)** The Clerk is directed to close this case and dismiss it without prejudice if plaintiff fails to pay the filing fee within 30 days of this Order.

**4)** The Clerk is also directed to send copies of this Order to plaintiff and to Judge Fricke.

Dated this 2nd day of September, 2026.

The Honorable Richard A. Jones
United States District Judge